| | | |
|---|---|---|
| MARTRELL DESAMONTA BOOKER, on behalf of himself and all others similarly situated | ) | **United States District Court** **Northern District of Illinois** |
| Plaintiffs, | ) | Case No.: 1:26-cv-3088 |
| v. | ) | |
| Jackson Family Wines, Inc., | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above- captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 27, 2026

***/s/ Alison Chan***
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law
*Attorneys for Plaintiff*

**/s/ Eliza Abarbanel**
By: Eliza Abarbanel
Littler Mendelson, P.C.
321 North Clark Street Suite 1100
Chicago, IL 60654
T: 312-372-5520
Email: Ekaye@littler.com
*Attorneys for Defendant*